UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:15-CR-00230-BLW-1 |
| Plaintiff, | **REPORT AND** |
| v. | **RECOMMENDATION** |
| FERNANDO NAJERA, | |
| Defendant. | |

On July 27, 2016, Defendant Fernando Najera appeared before the undersigned United States Magistrate Judge to enter a change of plea pursuant to a written Notice of Intent to Change Plea. (Dkt. 58.) The Defendant executed a waiver of the right to have the presiding United States District Judge take his change of plea. Thereafter, the Court explained to the Defendant the nature of the charges contained in the applicable Indictment (Dkt. 1), the maximum penalties applicable, his Constitutional rights, and the impact that the Sentencing Guidelines will have on the sentencing decision the District Judge will make.

The Court, having conducted the change of plea hearing and having inquired of the Defendant, counsel, and the government, finds that there is a factual basis for the Defendant's guilty pleas, that he entered them voluntarily and with full knowledge of the consequences, and that the pleas should be accepted. The undersigned also ordered a pre-sentence investigation to be conducted and a report prepared by the United States

**REPORT AND RECOMMENDATION - 1**

Probation Office.

Because the offenses to which Defendant entered his guilty pleas are offenses in a case described in subparagraph (C) of subsection (f)(1) of Section 3142 in Title 18 of the United States Code, subjecting Defendant to detention upon a finding of guilt under Section 3143(a)(2), the undersigned considered whether, under Section 3145(c), exceptional reasons were clearly shown as to why Defendant's detention pending imposition of sentencing would not be appropriate.

In this case, Defendant was released on pretrial conditions on October 8, 2015, by Magistrate Judge Mikel Williams, following a hearing on the government's motion for detention. (Dkt. 23.) Since that time, Defendant has been compliant with all conditions of release. At the conclusion of the plea hearing, the Government did not oppose continued release, but deferred to the Court regarding whether exceptional reasons were shown by Defendant such that detention would not be appropriate pending imposition of sentence. The government further indicated there was no information or evidence to suggest Defendant presently poses an enhanced risk of flight or danger to the community than he posed at the time of the detention hearing or while on release.

During the change of plea hearing, Defendant's attorney argued exceptional reasons exist in support of Defendant's continued release pending imposition of sentencing. Defendant is currently the sole breadwinner for his family. Defendant's ten year old son recently suffered an injury and his toe will need to be amputated. Since the injury, Defendant's wife (and third party custodian of Defendant) has been unable to

work because their son requires full time care. Defendant anticipates his wife will be out of work for at least the next thirty days while their son undergoes and recovers from surgery and treatment related to his toe injury.

Upon consideration of the proffer and argument by Defendant's counsel, in addition to Defendant's cooperation with his pretrial supervisory officer and his compliance with the strict Conditions of Release (Dkt. 23) over the past nine and one-half months, the undersigned finds the collective circumstances in this case constitute exceptional reasons why detention would not be appropriate pending imposition of sentencing. Further, the undersigned finds Defendant is unlikely to flee or pose a danger to the community if release is continued and he abides by the conditions of release. Accordingly, continued release subject to the conditions previously imposed by the Court will be recommended.

## RECOMMENDATION

### NOW THEREFORE IT IS HEREBY RECOMMENDED:

1)      The District Court accept Defendant Fernando Najera's pleas of guilty to Counts One, Two, and Three of the Indictment (Dkt. 1),

2)      The District Court order forfeiture consistent with Defendant Fernando Najera's admission to the Criminal Forfeiture allegation in the Indictment (Dkt. 1); and

3)      The District Court continue Defendant's release subject to the Order Setting Conditions of Release (Dkt. 23).

Written objections to this Report and Recommendation must be filed within

REPORT AND RECOMMENDATION - 3

fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: July 28, 2016

CANDY WAGAHOFF DALE
U.S. MAGISTRATE JUDGE

**REPORT AND RECOMMENDATION - 4**